# United States Court of Appeals for the Federal Circuit

---

October 17, 2011
**ERRATA**

---

2010-7096

RICHARD D. BOND,
Claimant-Appellant,

v.

ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS
Respondent-Appellee,

---

Decided October 7, 2011
Precedential Opinion

---

Please make the following change:

Pages 1 and 2, the following corrections

Lauren A Weeman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Christa A. Shriber, Attorney, United States Department of Veterans Affairs, of Washington, DC.